# United States District Court
# Central District of California

| | |
|---|---|
| POSH INTERNATIONAL LTD.,<br><br>             Plaintiff,<br><br>      v.<br><br>PECOWARE COMPANY, INC. et al.,<br><br>             Defendants. | Case No. 2:13-cv-07186-ODW(JCGx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On May 12, 2014, the parties filed a status report informing the Court that they have settled the case in principle and requesting a continuance of the scheduling conference to permit finalization of the settlement agreement. (ECF No. 22.) In light of the parties' representations the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing no later than **Monday, June 23, 2014**, why settlement has not been finalized. No hearing will be held on this matter. All other dates are **VACATED** and taken off calendar. This Order to Show Cause will be vacated upon the filing of a stipulation to dismiss and proposed order of dismissal.

**IT IS SO ORDERED.**

May 13, 2014

_____
                    **OTIS D. WRIGHT, II**
            **UNITED STATES DISTRICT JUDGE**