# United States District Court
# Central District of California

| | |
|---|---|
| POSH INTERNATIONAL LTD.,<br><br>                Plaintiff,<br><br>     v.<br><br>PECOWARE COMPANY, INC. et al.,<br><br>                Defendants. | Case No. 2:13-cv-07186-ODW(JCGx)<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On June 23, 2014, the parties filed a Stipulation to Continue Order to Show Cause Re. Settlement. (ECF No. 28.) The parties informed the Court that they have finalized the settlement agreement, but certain executory provisions will take an additional five days to complete. (*Id.*) In light of the parties' representations, the Court hereby **CONTINUES** the Order to Show Cause Re. Settlement to **Thursday, July 3, 2014**. No hearing will be held on this matter. This Order to Show Cause will be vacated upon the filing of a stipulation to dismiss and proposed order of dismissal.

**IT IS SO ORDERED.**

June 25, 2014

_____
                    **OTIS D. WRIGHT, II**
            **UNITED STATES DISTRICT JUDGE**